IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
VELITA GASGOW, Special         )
Administrator of the Estate    )
of Curtis Bradford,            )
                               )
            Plaintiff,         )          8:14CV394
                               )
       v.                      )
                               )
STATE OF NEBRASKA; DEPARTMENT  )          ORDER
OF CORRECTIONAL SERVICES;      )
ROBERT HOUSTON, Retired        )
Director, Department of        )
Correctional Services, in his  )
official and individual        )
capacities; DR. CAMERON WHITE,)
Behavioral Health              )
Administrator for the          )
Department of  Correctional    )
Services, in his official      )
and individual capacities;     )
CORRECT CARE SOLUTIONS;        )
DR. RANDY KOHL, in his         )
official and individual        )
capacities, CITY OF OMAHA,     )
JOHN DOE 1-100, and COUNTY     )
OF DOUGLAS, JOHN DOE 1-100,    )
                               )
            Defendants.        )
_____)
```

This matter is before the Court on plaintiff's motion to extend time (Filing No. 11). The Court notes the State defendants have filed a brief in opposition to the motion (Filing No. 12). After reviewing the motion and the objection, the Court will consider the fact that there are two holidays in the near future and will allot some time for those events. Accordingly,

IT IS ORDERED that plaintiff's motion to extend time is granted to the extent that plaintiff shall have until January 9, 2015, to respond to the motions to dismiss (Filing Nos. 4, 7 and 9).

DATED this 17th day of December, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court