IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
VELITA GLASGOW, Special       )
Administrator of the Estate   )
of Curtis Bradford,           )
                              )
            Plaintiff,        )         8:14CV394
                              )
      v.                      )
                              )
STATE OF NEBRASKA; DEPARTMENT )         ORDER
OF CORRECTIONAL SERVICES;     )
ROBERT HOUSTON, Retired       )
Director, Department of       )
Correctional Services, in his )
official and individual       )
capacities; DR. CAMERON WHITE,)
Behavioral Health             )
Administrator for the         )
Department of  Correctional   )
Services, in his official     )
and individual capacities;    )
CORRECT CARE SOLUTIONS;       )
DR. RANDY KOHL, in his        )
official and individual       )
capacities, CITY OF OMAHA,    )
JOHN DOE 1-100, and COUNTY    )
OF DOUGLAS, JOHN DOE 1-100,   )
                              )
            Defendants.       )
_____)
```

This matter is before the Court on the motion of the State defendants to extend time to file Rule 26 meeting report (Filing No. 16). The Court notes all defendants are in support of the extension and that plaintiff is not. After reviewing the motion and noting plaintiff has an objection, the Court will grant the motion. Accordingly,

IT IS ORDERED that the motion of the State defendants to extend time to file Rule 16 meeting report is granted. All parties shall have until fourteen days after the Court rules on the motions to dismiss (Filing Nos. 4, 7 and 9) to submit their Rule 26(f) report.

DATED this 23rd day of December, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court