## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VELITA GLASGOW, Special Administrator of the ESTATE OF CURTIS BRADFORD, | ) ) ) ) | 8:14cv394 |
| | ) | District Court of Douglas County |
| Plaintiff, | ) ) | Case No.  CI 14-6680 |
| vs. | ) ) ) | |
| STATE OF NEBRASKA, DEPARTMENT OF CORRECTIONAL SERVICES; ROBERT HOUSTON, Retired Director, Department of Correctional Services in his official and Individual capacities; CAMERON WHITE, Behavioral Health Administrator for the Nebraska Department of Correctional Services, in his official and individual capacities; CORRECT CARE SOLUTIONS; and DR. RANDY KOHL, in his official and individual capacities; CITY OF OMAHA, JOHN DOE 1-100, and COUNTY OF DOUGLAS,  JOHN DOE 1-100, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **PLAINTIFF'S MOTION TO REMAND and TO DENY MOTIONS TO DISMISS (Filings 4, 7 and 9)** |
| Defendant. | ) ) | |

COMES NOW, the Plaintiffs pursuant to 28 USC 1447 and request this court remand this matter back to the Douglas County District Court, of Nebraska for the reasons stated in their contemporaneously filed brief and to deny Defendants' Motions to Dismiss (Filings 4, 7 and) by furthermore stating the following:

1.   This case was originally filed in the Douglas County District Court of Nebraska on or August 18, 2014.

2.   The complaint was amended on or about November 17, 2014.

3.   Defendants filed a notice of removal on December 1, 2014.

1

4.      Defendants claim as their basis for removal that they are entitled to removal pursuant to 28 U.S.C. § 1331, because the case arises under and pursuant to the Constitution, laws, or treaties of the United States; and that this Court has supplemental jurisdiction over Plaintiff's state law claims, pursuant to 28 U.S.C. § 1367, because the state claims are so related to the federal claims that they form part of the same case or controversy under Article III of the United States Constitution.

5.      Only state-court actions that originally could have been filed in federal court may be removed to federal court by the defendant. *Caterpillar, Inc., v. Williams,* 482 U.S. 386, 392 (U.S. 1987).

6.      This Court should follow the precedent sent in *Merrill Dow Pharmaceuticals Inc. v. Thompson,* 478 U.S. 804, 813 (U.S. 1986), and find that Plaintiff's claims do not depend upon a substantial question of federal law.

7.      When removal of a case to federal court is challenged all doubts should be resolved in favor of remand. 28 U.S.C.A. §§1446, 1447(c). Once removal is challenged the burden is on the removing party (Defendants in the case at hand) to prove that they have met the requirements for removal. *Miller v. First Sec. Investments, Inc.,* 30 F.Supp.2d 347, E.D.N.Y., 1998.

8.      This lawsuit was filed in both state and federal court. The Defendants removed the state court lawsuit to federal court and have requested the federal court to dismiss the lawsuit.

9.      The proper procedure is to remand the case back to state court and if the Plaintiff cannot properly amend the lawsuit then the state court can dismiss.

10.     The Plaintiff requests leave of this court pursuant to Neb. Rev. Stat. §6-1112(b), Neb. Rev. Stat. §6-1417, Neb. Rev. Stat. §6-1115 and pursuant to Fed. R. Civ. Proc. 15 (c)(i)

2

(ii) leave of the court amend the pleadings and to add additional parties.  There is no prejudice to the additional parties because all parties have been served pursuant to statute.

11.     A third amended complaint will be filed and will be served upon the defendants which will render their arguments moot and their motion to dismiss moot. The Plaintiff relies upon the Neb.Ct.R.of Pdg. §6-1115  which follows to grant leave to file the third amended complaint.

**WHEREFORE**, for the foregoing reasons, Plaintiff prays the Court denies Defendants' motions to dismiss and grant the remand back to state court to allow Plaintiff to file a third amended complaint.

Dated this 9th day of January, 2015.

<div style="margin-left:40%">

VELITA GLASGOW, Special Administrator
of the Estate of Curtis Bradford, Plaintiff

</div>

BY:     /s/ Timothy Ashford_____
        TIMOTHY ASHFORD, #19687
        1603 Farnam Street
        Omaha, NE 68102
        (402) 342 8888
        Tash173846@aol.com

        _/s/ Judith A. Wells_____
        Judith A. Wells, #23090
        Law Office of Judith A. Wells
        1603 Farnam Street
        Omaha, NE 68102
        (402) 884 2777
        (402) 344 7798 facsimile
        Jawells50@aol.com

        /s/ William Harris_____
        William Harris, #22996
        9205 Meadow Drive
        Omaha, NE 68134
        (402) 208 4336

<div style="text-align:center">3</div>

Harrisx5@cox.net


**CERTIFICATE OF SERVICE**

I hereby certify on Janury 9, 2015, I electronically filed the foregoing document
with the Clerk of the United States District Court for the District of Nebraska, using the
CM/ECF system, causing notice of such filing to be served upon all parties' counsel of
record.  Additionally, I served a copy of the foregoing on Defendants' by electronic mail
to their attorneys of record at the following addresses:

Jon Bruning, #20351
Attorney General of Nebraska
David Lopez, #24947
Yan S. Post, #24714
Blake E. Johnson, #24158
Assistant Attorneys General
Office of the Attorney General
2115 State Capitol
Lincoln, Nebraska 68509
(402) 471 2682
Dave.Lopez@nebraska.gov
Blake.Johnson@nebraska.gov
Ryan.Post@nebraska.gov
Attorneys for State Defendants

Andrew D. Strotman, #18406
Jonathan J. Papik, #24473
Cline Williams Wright Johnson &
    Oldfather, L.L.P.
1900 U.S. Bank Building
233 South 13th Street
Lincoln, Nebraska 68508
astrotman@clinewilliams.com
jpapik@clinewilliams.com
Attorneys for Correct Care Solutions

Timothy K. Dolan, #20978
Meghan M. Bothe, 25208

Deputy County Attorneys
909 Civic Center
Omaha, NE 68183
Tim.dolan@douglascounty-ne.gov
Meghan.bothe@douglascounty-ne.gov
Attorneys for the County of Douglas

Thomas O. Mumgaard, #16004
Ryan J. Wiesen, #24810
Deputy City Attorneys
804 Omaha/Douglas Civic Center
1819 Farnam Street
Omaha, NE 68183
Tom.Mumgaard@cityofomaha.org
Ryan.Wiesen@cityofomaha,org
Attorneys for the City of Omaha


BY:   /s/Timothy Ashford